# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 445
:
AMENDMENT OF RULE 1921 OF : JUDICIAL ADMINISTRATION DOCKET
THE RULES OF JUDICIAL :
ADMINISTRATION :
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 7TH day of April, 2015, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1921 of the Rules of Judicial Administration is amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendment is found to be in the interests of justice and efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective immediately.